**FILED**

AUG - 4 2014

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| SODJINE PAUL ANATO and SARAH ANATO,<br><br>Plaintiffs,<br><br>vs.<br><br>LAD BARNEY, CAROL LECHNER, JOANNE BOWERS, MATT JONES, JANELLE GUSTAFSON, JENNIFER NEWBOLD, JOHN D. GUTHMILLER, DEBORAH CHORLTON, ANTHONY J. PREITE, and UNKNOWN FEDERAL WORKERS,<br><br>Defendants.[1] | No. CV 12-103-GF-SEH<br><br>ORDER |

United States Magistrate Judge Keith Strong entered Findings and

Recommendations in this matter on July 8, 2014.[2] Plaintiffs filed objections on

---

[1] The caption is amended to reflect Plaintiff's Third Amended Complaint. (*See* Doc. 53 at 1.)

[2] (Doc. 91.)

July 22, 2014.[3] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Defendants' Motion to Substitute United States for Defendants on Tort Claims, and Dismiss or in the alternative Grant Summary Judgment,[4] is GRANTED as follows:

    a. Counts 1, 2, 4, 6 and 7 of Plaintiffs' Third Amended Complaint are DISMISSED for lack of subject matter jurisdiction.

    b. Summary judgment is GRANTED in favor of Defendants on Counts 3, 5, and 8 of Plaintiffs' Third Amended Complaint.

2. Plaintiffs' Motion to Deny Certification of Scope of Employment for Defendants,[5] is DENIED.

3. The Clerk of Court is directed to enter Judgment in favor of the DEFENDANTS.

---

[3] (Doc. 92.)

[4] (Doc. 69.)

[5] (Doc. 82.)

4. The Clerk of Court is directed to have the docket reflect that the Court certifies under Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

DATED this 4th day of August, 2014.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge